# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES E. DISHON,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *  Civil Action 07-00779-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on March 30, 2009, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying claimant benefits be **AFFIRMED.**

**DONE** this the **31st** day of **March, 2009**.

                                         **/s/ SONJA F. BIVINS**
                                         **UNITED STATES MAGISTRATE JUDGE**